IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

UNITED STATES OF AMERICA,                                    PLAINTIFF

VS.                                  CRIMINAL ACTION NO. 2:99CR16PG

JOHN C. BOLTON, JR.,                                         DEFENDANT

ORDER ALLOWING REMISSION ON FINE

This cause came on for consideration on petition of the United States of America in accordance with the provisions of 18 U.S.C. 3573 (amended November 18, 1989) for remission of all of the unpaid portion of the fine and penalty imposed on September 2, 1999, in this cause; and the Court being advised, is of the opinion that the petition is well taken and all of the unpaid portion of the fine and penalty imposed September 2, 1999, is hereby remitted.

SO ORDERED this the 31st day of  May , 2007.

s/ David Bramlette
UNITED STATES DISTRICT JUDGE